**Antonio RICHARDSÓN, Petitioner,**

v.

**Michael BOWERSOX, Respondent.**

**No. 98–3293.**

United States Court of Appeals, Eighth Circuit.

March 6, 2001.

Appellant has filed a motion to recall the mandate and a motion for a stay of execution. The motion for a stay of execution is granted, the stay to remain in force pending the decision of the United States Supreme Court in No. 00–6677, *Penry v. Johnson,* and until further order of this court.

In accordance with the Supreme Court of the United States's order in No. 00A773 *Luebbers, Supt., POTOSI v. Richardson,*—— U.S. ——, 121 S.Ct. 1250, 149 L.Ed.2d 156 the stay of execution granted by this court on March 6, 2001, is vacated. Appellant's motion to recall the mandate is denied.